# Third District Court of Appeal

## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1417
Lower Tribunal No. 25-76460-CC-24

_____

**Sekwanna Victor,**
Appellant,

vs.

**Julio M. Quadros,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Sekwanna Victor, in proper person.

No appearance, for appellee.

Before SCALES, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.